United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 12, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-33252 |
| DONNA SUE WALKER, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 13 |

### ORDER OF DISMISSAL PRE-CONFIRMATION FOR NON-PAYMENT

1. On the Trustee's Motion for Non-Payment this case is dismissed. Debtor(s) may seek to vacate this order by payment of the plan payment arrearage within 14 days of the date of this order. The debtor is $ [plan not filed] in payment arrears or [unable to calculate] months as of the date of this order.

2. The deadline for filing an application for an administrative expense in this case is set at 21 days following entry of this order. The deadline for filing a motion for allowance of a claim arising under § 507(b) in this case is also set at 21 days following entry of this order.

3. If an application for allowance of professional fees and expenses has previously been filed in this case, the applicant is not required to file a new application for allowance of administrative expenses under § 503 if the new application only seeks allowance of the same professional fees and expenses previously requested.

4. Any prior order directing an employer or other person to pay funds to the chapter 13 trustee is terminated. Any prior order authorizing an ACH or other means of electronic payment is terminated.

5. The Court finds good cause to direct the payment of funds held by the chapter 13 trustee at the time of entry of this Order as follows:

   (a) First, the balance on hand in the Emergency Savings Fund will be paid to the Debtor(s);

   (b) Second, to any unpaid chapter 13 trustee's statutory compensation;

   (c) Third, the balance on hand in the Reserves for *ad valorem* taxes, to the holder of the claim secured by the senior security interest against the property for which the Reserves were established;

   (d) Fourth, the balance in any other Reserve account to the Debtor;

(e) Fifth, to any unpaid payments mandated to be made by the Trustee under a prior Court order, including but not limited to, any mandated adequate protection payments;

(f) Sixth, to pay any unpaid fees to Debtor(s)' attorneys and to reserve for any filed applications for which no order has yet been entered; and

(g) Seventh, to the Debtor(s).

Any party in interest objecting to the "for cause" distributions under this paragraph must file an objection within 14 days of entry of this Order. The chapter 13 trustee will defer making distributions under this paragraph until the next ordinary disbursement date following the later of (i) 22 days following entry of this Order; or (ii) entry of an order resolving any time filed objection.

SIGNED 09/12/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 24-33252-jpn |
| Donna Sue Walker | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
| Date Rcvd: Sep 12, 2024 | Form ID: pdf012 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna Sue Walker, 10954 Amblewood St, Willis, TX 77318-7200 |
| 12731942 | + | Adonisau, 804 N Watson Rd, Arlington, TX 76011-5325 |
| 12731943 | + | Cenelia Marquez, 16919 Dellbridge Ln, Houston, TX 77073-3248 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 12731941 | + | Email/Text: bankruptcy@rentacenter.com | Sep 12 2024 20:10:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 12731944 | ^ | MEBN | Sep 12 2024 20:05:34 | Chime/Stride Bank, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |
| 12731946 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 12 2024 20:13:25 | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 12731947 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 12 2024 20:09:00 | Internal Revenue Service, Centralized Insolvency Office, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 12731948 | | Email/Text: inchargehq@westcreekfin.com | Sep 12 2024 20:10:00 | Koalafi, 4951 Lake Brook Dr., Ste 350, Glen Allen, VA 23060-9274 |
| 12741452 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2024 20:13:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 12731949 | | Email/Text: notices@payne.associates | Sep 12 2024 20:09:00 | Payne & Associates, PLLC, 1225 North Loop West, Suite 550, Houston, TX 77008 |
| 12741218 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2024 20:13:58 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 12738839 | | Email/Text: bnc-quantum@quantum3group.com | Sep 12 2024 20:10:00 | Quantum3 Group LLC as agent for, CASCADE CAPITAL FUNDING LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 12763823 | | Email/Text: bankruptcy@springoakscapital.com | Sep 12 2024 20:09:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 12731950 | + | Email/Text: amccoy@synerpriseconsulting.com | Sep 12 2024 20:10:00 | Synerprise Consulting Services, Inc, Attn: Bankruptcy, 5651 Broadmoor, Mission, KS 66202-2407 |
| 12731951 | | Email/Text: usatxs.bankruptcy@usdoj.gov | Sep 12 2024 20:09:28 | U.S. Attorney, Southern District of Texas, 1000 Louisiana St. Suite 2300, Houston, TX 77002 |
| 12731952 | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Sep 12 2024 20:10:00 | U.S. Trustee, 515 Rusk Suite 3516, Houston, TX 77002-2604 |
| 12731953 | ^ | MEBN | Sep 12 2024 20:06:00 | United States Attorney General, Department of |

Case 24-33252   Document 17   Filed in TXSB on 09/14/24   Page 4 of 4

| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 12, 2024 | Form ID: pdf012 | Total Noticed: 17 |

Justice, 950 Pennsylvania Ave, N.W., Washington, DC 20530-0009

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12731945 | *+ | Donna Sue Walker, 10954 Amblewood St, Willis, TX 77318-7200 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 14, 2024           Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kyle Kenneth Payne | on behalf of Debtor Donna Sue Walker questions@allmandlaw.com PayneAssociatesPLLC@jubileebk.net;dallasecf@allmandlaw.com;clerk@allmandlaw.com;r62733@notify.bestcase.com;allmandlaw@notifications.practicesavvy.com;dgaines@allmandlaw.com;AllmandLawFirmPLLC@jubileebk.net |
| Tiffany D Castro | ecf@ch13hou.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 3